UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WEST MICHIGAN WOODS LIMITED
DIVIDEND HOUSING ASSOCIATION
LIMITED PARTNERSHIP,

        Plaintiff,

v.                                     Case No.  1:09-CV-79

CITY OF KALAMAZOO,                HON. GORDON J. QUIST

        Defendant.

_____/

## ORDER

    In accordance with the Opinion filed on this date,

    **IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for

lack of subject matter jurisdiction.


Dated:  August 3, 2009                         _____/s/ Gordon J. Quist_____

                                  GORDON J. QUIST
                              UNITED STATES DISTRICT JUDGE